IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX GOLDOVSKY, GLYNN FRECHETTE, JOHN KRUPEY and KRISTIN SCHARF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS & NORTHERN BANK,<br><br>Defendant. | No. 4:25-CV-00923<br><br>(Chief Judge Brann) |

## ORDER

### DECEMBER 30, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, Doc. 16, is **GRANTED**. Plaintiffs' claims against Citizens & Northern Bank are **DISMISSED WITH PREJUDICE**. Plaintiffs' Motion to Certify Class, Doc. 22, is **DISMISSED** as moot. The Clerk of Court is instructed to close the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge